THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES B. THOMSON, Appellant.

*People* v. *Thomson*, 146 App. Div. 880, appeal dismissed.
(Submitted January 12, 1914; decided January 20, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 7, 1912, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

The motion was made upon the ground of failure to file the required return.

*Charles S. Whitman, District Attorney* (*Louis Fabricant* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.